**e-filing**

*SFILED*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

08 JUN -?- 2: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name ROBERTSON, DERICK C.

(Last)        (First)        (Initial)

Prisoner Number # 118122        SAN MATEO Co. JAIL

Institutional Address 300 BRADFORD STREET
REDWOOD CITY, CA. 94063-1530

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MR. DERICK C. ROBERTSON
(Enter the full name of plaintiff in this action.)

vs.

County of San Mateo Sherriffs Dept.
300 BRADFORD STREET
REDWOOD CITY, CA. 94063-1530
et-al DOES: 1-100
(Enter the full name of the defendant(s) in this action)

CV 08 3061 CW (PR)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go
forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement SAN MATEO COUNTY JAIL 300 BRADFORD ST. RC, CA. 94063

B.    Is there a grievance procedure in this institution?

YES (X)        NO ( )

C.    Did you present the facts in your complaint for review through the grievance
procedure?

YES (X)        NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                            - 1 -

each level of review.  If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  *N/A*  _____

_____

_____

2. First formal level *FILED OFFICIAL GRIEVENCE COUNTY FORM WITH S.M. COUNTY ON DECEMBER 17, 2007 (SEE ATTACHED COPY)*

3. Second formal level *RECIEVED DENIAL LETTER FROM COUNTY OF SAN MATEO DATED FEB. 07, 2008. (SEE ATTACHED COPY)*

4. Third formal level  *N/A*  _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (X)     NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. *N/A* _____

_____

_____

II.    Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

*DERICK C. ROBERTSON   ℅ SAN MATEO COUNTY JAIL 300 BRADFORD STREET    JAIL ID# 118122 REDWOOD CITY, CA. 94063*

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

*SAN MATEO COUNTY SHERIFF'S DEPT., CO BOVELL #115, DEPUTY HUNTOON #819, DEPUTY MENEZES #863, DEPUTY CHRIS LAUGHLIN #1607*

COMPLAINT                                    - 2 -

1

2

3

III.    Statement of Claim

State here as briefly as possible the facts of your case.  Be sure to describe how each

defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any

cases or statutes.  If you have more than one claim, each claim should be set forth in a separate

numbered paragraph.

On Nov 10th 2007 at 11:30 AM I was taken to court in San Mateo County. While
being processed by Deputy Laughlin I was givin an order to "remain with
my back against the wall and you can talk" he said. I misunderstood what
he said so I asked him to repeat it and then he called me out of line.
Deputy Laughlin escorted me to the 4th floor rec yard. It was cold out
there so I began to bounce and move my arms to keep warm. Deputy
Laughlin the came out on the rec yard and asked "are you throwing
punches directed toward me? Before I could reply he began yelling "get
down on the ground" and followed immediately by slamming me down. CO Bovelli
Dep Huntoon, Dep Menezes,    they came out and restrained my arms while
kicking me in the ribs & head multiple times. Brutally beaten and cut above my
eye they took pictures. The result was orbital fracture to right eye and
severe swelling to hands and body. (CHOPE) 6 hours. Med 2nd A 6 hours then GPOP.

IV.    Relief

Your complaint cannot go forward unless you request specific relief.  State briefly exactly what

you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

I want settlement for punitive damages and compensation
damage award

COMPLAINT                                - 3 -

1

2

3

4   I declare under penalty of perjury that the foregoing is true and correct.

5

6   Signed this  27th  day of  MARCH  , 2008

7

8

9                     (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -



**County Manager's Office**

**BOARD OF SUPERVISORS**
**MARK CHURCH**
**JERRY HILL**
**RICHARD S. GORDON**
**ROSE JACOBS GIBSON**
**ADRIENNE TISSIER**

**COUNTY OF SAN MATEO**

**JOHN L. MALTBIE**
**COUNTY MANAGER**
**CLERK OF THE BOARD**

COUNTY GOVERNMENT CENTER • REDWOOD CITY • CALIFORNIA 94063-1662
WEB PAGE ADDRESS:http://www.co.sanmateo.ca.us

(650) 363-4123
FAX: (650) 363-1916

February 7, 2008

Derick Robertson #118122
300 Bradford Street
Redwood City, CA 94063

Notice is hereby given that your claim, which was received in the office of the
Board of Supervisors on December 19, 2007, was presented to the Board of
Supervisors on January 29, 2008, and rejected in its entirety by said Board.

WARNING: Subject to certain exceptions, you have only six (6) months from the
date this notice was personally delivered or deposited in the mail to file a state
court action on this claim. (See Government Code Section 945.6)

You may seek the advice of an attorney of your choice in connection with this
matter. If you do desire to consult an attorney, you should do so immediately.

If you have any questions, please contact San Mateo County Risk Management
at (650) 363-4611.

Very truly yours,

John L. Maltbie, County Manager /
Clerk of the Board of Supervisors

JLM:mlp

cc: Donna Vaillancourt, Director, Human Resources Department
    Keith A. Hillegass Company, Inc.
    Attorney for Claimant (if any):

## CLAIM AGAINST THE COUNTY OF SAN MATEO
**(Please print legibly or type. Please do not use pencil)**

Claimant's Name: Derick Robertson #118122

Claimant's Address: 300 Bradford St

City & State: Redwood City Ca. Zip Code: 94063 Phone: N/A

Amount of claim: $ 10,000.⁰⁰

Address to which notices are to be sent (*if different than above*):

N/A

N/A

N/A

RECEIVED
IN THE OFFICE OF

DEC 1 9 2007

CLERK OF THE
BOARD OF SUPERVISORS

Date & Location of incident: 11/16/07  300 Bradford St RWC, MCF Defaut Rd

How did it occur (*describe damage or loss*): The injurys occured when officers were overly aggressive, assesive force, abuse of power kick in the right side of face, knee's to the back of the head, rip cage, hand cuffs to tight." Permanent stuff that I will suffer. a laceration cut to right eye lid, orbitsl Fracture to right eye, permanent black right eye, head pain rib cage pain, Limited use of hands and Fingers.

Name of Public Employee (s) causing injury, damage or loss (*if known*):

Deputy Laughlin Chris     Deputy Menezes #863
Deputy Huntoon #819       C.O Bovell #115

Itemization of claim: (*List items totaling the amount above*):

| | |
|---|---|
| Pain and Suffering | $ 5,000.⁰⁰ |
| Scare, Permanent black eye to Right eye | $ 3,000.⁰⁰ |
| Limited use of both hands Scares to both rists | $ 2,000.⁰⁰ |
| TOTAL | $ 10,000.⁰⁰ |

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated at 300 Bradford St , California, on 12-11 , 20 07

Signature of Claimant: Derick Rob

**Return to:** CLAIMS, Board of Supervisors, 400 County Center, Redwood City, CA 94063

Derick Robertson 118122
300 Bradford St
Redwood City Ca. 94063

Clerk of the United State District Court
for the Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, Ca. 94102

neopost

049J82039052
$01.17⁰
06/17/2008
Mailed From 94063
US POSTAGE