FILED
08 JUN 24 PM 2:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DERICK C. ROBERTSON,
Plaintiff,

vs.

SHERIFF'S DEPT., SAN MATEO COUNTY
DOES: 1-100 ET. AL.,
Defendant.

CASE NO. CV 08 3061 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, DERICK C. ROBERTSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0      Net: 0

Employer: NO EMPLOYMENT AT THIS TIME

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _NONE ∅_____
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8     a.   Business, Profession or                Yes ___ No _X_
9         self employment

10    b.   Income from stocks, bonds,           Yes ___ No _X_
11        or royalties?

12    c.   Rent payments?                          Yes ___ No _X_

13    d.   Pensions, annuities, or                Yes ___ No _X_
14        life insurance payments?

15    e.   Federal or State welfare payments,     Yes ___ No _X_
16        Social Security or other govern-
17        ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _N/A_____
21 _____

22 3.   Are you married?                              Yes _X_ No ___
23 Spouse's Full Name: _LAVONNE MARIE ROBERTSON_
24 Spouse's Place of Employment: _STANFORD UNIVERSITY HOSPITAL_
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_4,000.00 MONTHLY_ Net $_UNK._
27 4.   a.   List amount you contribute to your spouse's support:$ _∅_
28    b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

#1 YOUNG ADULT - 22 YEARS  700.00 COLLEGE FUND
#2 MINOR CHILD, 16 YEARS OLD  100% SUPPORT

5. Do you own or are you buying a home?    Yes ___ No X
Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes X No ___
Make CHRYSLER    Year 2004    Model 300-C
Is it financed? Yes X No ___ If so, Total due: $ UNK
Monthly Payment: $ 299 PER MO.

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A
Do you own any cash? Yes ___ No X  Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

8. What are your monthly expenses?
Rent: $ 500.00 PER MO.    Utilities: 175.00 PER MO.
Food: $ 450.00 PER MO.    Clothing: 100.00 PER MO.
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ 0 | $ 0 |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

CDC - CALIFORNIA APPROXIMATELY 3000.00 ESTIMATED
SOCIAL SECURITY ADMIN - 10,000 ESTIMATED.

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?   Yes ___   No _X_

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____N/A_____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10 initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12 that a false statement herein may result in the dismissal of my claims.

13

14 MARCH 27, 2008                                   [signature]

15    DATE                                      SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _DERICK C. ROBERTSON_ for the last six months at

[prisoner name]  ID# 118122

_SAN MATEO COUNTY JAIL_
_300 BRADFORD ST. RC, CA 94063_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _305 00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _31 00_.

Dated: _3/28/08_

_____[signature] 682_
DEPUTY SHERIFF
[Authorized officer of the institution]

- 5 -

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

20:03:26  27 Mar 2008

ID NUMBER: 118122

INMATE: ROBERTSON, DERICK C
```

| DATE | TIME | RECEIPT | DEPOSIT OR <WITHDRAW> | BALANCE | AUTHORIZATION |
|---|---|---|---|---|---|
| 16 Nov 07 | 04:10 | 1639120 | 1.00 | 1.00 | TV/NB |
| 12 Dec 07 | 10:39 | 1410248 | 100.00 | 101.00 | DN/DAVID (BROTHER) |
| 26 Dec 07 | 06:31 | 2268691 | <25.20> | 75.80 | COMMISSARY |
| 31 Dec 07 | 08:54 | 2181739 | <42.20> | 33.60 | COMMISSARY |
| 08 Jan 08 | 06:56 | 2269547 | <25.50> | 8.10 | COMMISSARY |
| 15 Jan 08 | 06:35 | 2270140 | <7.70> | 0.40 | COMMISSARY |
| 22 Jan 08 | 06:28 | 2270773 | <0.40> | 0.00 | COMMISSARY |
| 26 Jan 08 | 14:42 | 1414782 | 65.00 | 65.00 | BILL F. |
| 30 Jan 08 | 06:11 | 2018396 | <31.50> | 33.50 | COMMISSARY |
| 01 Feb 08 | 06:28 | 2184213 | <32.60> | 0.90 | COMMISSARY |
| 01 Feb 08 | 09:54 | 1415334 | 10.00 | 10.90 | DN/FRIEND |
| 06 Feb 08 | 06:23 | 2184542 | <10.90> | 0.00 | COMMISSARY |
| 12 Feb 08 | 13:31 | 1416494 | 60.00 | 60.00 | DN/MR.YES |
| 14 Feb 08 | 06:55 | 2185197 | <59.80> | 0.20 | COMMISSARY |
| 17 Feb 08 | 14:02 | 1417037 | 20.00 | 20.20 | DN/FRIEND |
| 20 Feb 08 | 06:35 | 2018776 | <5.40> | 14.80 | COMMISSARY |
| 21 Feb 08 | 06:52 | 2185710 | <9.40> | 5.40 | COMMISSARY |
| 26 Feb 08 | 14:38 | 0 | <0.40> | 5.00 | MEDICAL |
| 28 Feb 08 | 07:18 | 2273419 | <5.00> | 0.00 | COMMISSARY |
| 15 Mar 08 | 11:04 | 1419896 | 50.00 | 50.00 | CH/FROM OLIVER |
| 19 Mar 08 | 05:27 | 2274899 | <34.80> | 15.20 | COMMISSARY |
| 20 Mar 08 | 05:58 | 2187816 | <14.60> | 0.60 | COMMISSARY |