E-filing

FILED
08 JUL -1 PM 1:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

)
)   CASE NO. CV 08 3061
Plaintiff,   )
)   PRISONER'S
vs.   )   APPLICATION TO PROCEED   WHA
)   IN FORMA PAUPERIS          (PR)
)
Defendant.   )
_____)

I, Derick Robertson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _Sunrise Tow Service (July-2007)   $1400 monthly_
5   _____
6   _____
7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or           Yes ____ No ✓
10           self employment
11      b.   Income from stocks, bonds,        Yes ____ No ✓
12           or royalties?
13      c.   Rent payments?                    Yes ____ No ✓
14      d.   Pensions, annuities, or           Yes ____ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ____ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                      Yes ✓ No ____
24  Spouse's Full Name: _Lavonne Marie Robertson_
25  Spouse's Place of Employment: _Stanford Medical Center_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _4,000 month_          Net $ _____
28  4.   a.   List amount you contribute to your spouse's support: $ _0-_

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

```
 1        b.    List the persons other than your spouse who are dependent upon you for
 2              support and indicate how much you contribute toward their support. (NOTE:
 3              For minor children, list only their initials and ages. DO NOT INCLUDE
 4              THEIR NAMES.).
 5     _____
 6     _____
 7  5.    Do you own or are you buying a home?       Yes ___ No ✓
 8  Estimated Market Value: $_____ Amount of Mortgage: $_____
 9  6.    Do you own an automobile?                  Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ✓
20  _____
21  8.    What are your monthly expenses?
22  Rent: $ _0-_____ Utilities: _0-_____
23  Food: $ _0-_____ Clothing: _0-_____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____               $ _____             $ _____
27  _____               $ _____             $ _____
28  _____               $ _____             $ _____
```

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  VISA - 2000
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 06-27-08                              [signature]
17    DATE                              SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Derick Robertson** for the last six months
[prisoner name]
**San Mateo County Jail** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **67.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0.00**.

Dated: **6-27-08**                                      _____
[Authorized officer of the institution]

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASE HISTORY
07:13:39   27 Jun 2008

ID NUMBER: 118122

INMATE: ROBERTSON, DERICK C
```

| DATE | TIME | RECEIPT | DEPOSIT OR <WITHDRAW> | BALANCE | AUTHORIZATION |
|---|---|---|---|---|---|
| 16 Nov 07 | 04:10 | 1639120 | 1.00 | 1.00 | TV/NB |
| 12 Dec 07 | 10:39 | 1410248 | 100.00 | 101.00 | DN/DAVID (BROTHER) |
| 26 Dec 07 | 06:31 | 2268691 | <25.20> | 75.80 | COMMISSARY |
| 31 Dec 07 | 08:54 | 2181739 | <42.20> | 33.60 | COMMISSARY |
| 08 Jan 08 | 06:56 | 2269547 | <25.50> | 8.10 | COMMISSARY |
| 15 Jan 08 | 06:35 | 2270140 | <7.70> | 0.40 | COMMISSARY |
| 22 Jan 08 | 06:28 | 2270773 | <0.40> | 0.00 | COMMISSARY |
| 26 Jan 08 | 14:42 | 1414782 | 65.00 | 65.00 | BILL F. |
| 30 Jan 08 | 06:11 | 2018396 | <31.50> | 33.50 | COMMISSARY |
| 01 Feb 08 | 06:28 | 2184213 | <32.60> | 0.90 | COMMISSARY |
| 01 Feb 08 | 09:54 | 1415334 | 10.00 | 10.90 | DN/FRIEND |
| 06 Feb 08 | 06:23 | 2184542 | <10.90> | 0.00 | COMMISSARY |
| 12 Feb 08 | 13:31 | 1416494 | 60.00 | 60.00 | DN/MR.YES |
| 14 Feb 08 | 06:55 | 2185197 | <59.80> | 0.20 | COMMISSARY |
| 17 Feb 08 | 14:02 | 1417037 | 20.00 | 20.20 | DN/FRIEND |
| 20 Feb 08 | 06:35 | 2018776 | <5.40> | 14.80 | COMMISSARY |
| 21 Feb 08 | 06:52 | 2185710 | <9.40> | 5.40 | COMMISSARY |
| 26 Feb 08 | 14:38 | 0 | <0.40> | 5.00 | MEDICAL |
| 28 Feb 08 | 07:18 | 2273419 | <5.00> | 0.00 | COMMISSARY |
| 15 Mar 08 | 11:04 | 1419896 | 50.00 | 50.00 | CH/FROM OLIVER |
| 19 Mar 08 | 05:27 | 2274899 | <34.80> | 15.20 | COMMISSARY |
| 20 Mar 08 | 05:58 | 2187816 | <14.60> | 0.60 | COMMISSARY |
| 17 Jun 08 | 13:29 | 1430192 | 100.00 | 100.60 | CH/FROM JOHN |
| 18 Jun 08 | 06:02 | 2021110 | <28.70> | 71.90 | COMMISSARY |
| 18 Jun 08 | 16:27 | 0 | <0.60> | 71.30 | MEDICAL |
| 20 Jun 08 | 05:48 | 2021153 | <54.80> | 16.50 | COMMISSARY |
| 25 Jun 08 | 05:36 | 2195893 | <16.10> | 0.40 | COMMISSARY |

$67

Derick Robertson 118122
300 Bradford St
Redwood City Ca 94063

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680