FILED

08 JUL 21 PM 4:40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Derick C. Robertson

        Plaintiff,

  vs.

Sheriff's Department
San Mateo County
DOES: 1-100 EJ. AL.

        Defendant.

CASE NO. CV 08 3061 CW (PR)

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Derick C. Robertson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.    Are you presently employed?         Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____       Net: _____∅_____

Employer: __No employment at this time__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.   (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  __NONE__ Ø _____

4  _____

5  _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.    Business, Profession or          Yes ____ No __X__

9        self employment

10      b.    Income from stocks, bonds,       Yes ____ No __X__

11        or royalties?

12      c.    Rent payments?                   Yes ____ No __X__

13      d.    Pensions, annuities, or          Yes ____ No __X__

14        life insurance payments?

15      e.    Federal or State welfare payments,   Yes ____ No __X__

16        Social Security or other govern-

17        ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  __N/A__ _____

21  _____

22  3.    Are you married?                     Yes __x__ No ____

23  Spouse's Full Name: __Lavonne Marie Robertson_____

24  Spouse's Place of Employment: __Stanford University Hospital____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $__4,000.00   Monthly___ Net $__Unknown_____

27  4.    a.    List amount you contribute to your spouse's support:$ __Ø_____

28      b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                     - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

# 1    Young adult - 22 years old  $700.00 College fund

# 2    Minor child - 16 years old   100 %  support

5.    Do you own or are you buying a home?        Yes ____ No __X__

Estimated Market Value: $ __N/A__    Amount of Mortgage: $ __N/A__

6.    Do you own an automobile?        Yes __X__ No ____

Make __Chrysler__    Year __2004__    Model __300-C__

Is it financed? Yes __X__ No _____ If so, Total due: $ __unknown__

Monthly Payment: $ __299.00 monthly__

7.    Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

_____

Present balance(s): $ __N/A__

Do you own any cash? Yes ____ No __X__ Amount: $ __N/A__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No __X__

_____

8.    What are your monthly expenses?

Rent: $ __500.00  monthly__    Utilities: __$175.00  monthly__

Food: $ __450.00  monthly__    Clothing: __$100.00  monthly__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| __none__ | $ __∅__ | $ __∅__ |
| __X__ | $ __X__ | $ __X__ |
| __X__ | $ __X__ | $ __X__ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

CDC - California  approximately $3,000.00   (estimated)

Social Security Admin.  $10,000.00   (estimated)

1

2

3    10.    Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?    Yes _____ No _X_

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7    N/A

8

9        I consent to prison officials withdrawing from my trust account and paying to the court the

10   initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12   that a false statement herein may result in the dismissal of my claims.

13

14   July 17, 2008

15      DATE                          SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                    Case Number: <u>  CV 08 3061 CW  (PR)</u>

3

4

5

6

7

8                            **CERTIFICATE OF FUNDS**

9                                        **IN**

10                          **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of <u>ID # 118122<br>Derick C. Robertson</u>  for the last six months at

14    <u>San Mateo County Jail</u>           [prisoner name]
      <u>300 Bradford Street</u>

15    <u>Redwood City, Ca. 94063</u>  where (s)he is confined.

16           [name of institution]

17        I further certify that the average deposits each month to this prisoner's account for the most

18    recent 6-month period were $ <u> 51.00 </u> and the average balance in the prisoner's account

19    each month for the most recent 6-month period was $<u>  Ø  </u>.

20

21    Dated:<u> July 17, 2008 </u>               _P. Prudhil #783, deputy_

22                                          [Authorized officer of the institution]

23

24

25

26

27

28

                                     - 5 -

MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

14:42:01  07 Jul 2008

ID NUMBER: 118122

INMATE: ROBERTSON, DERICK C

| DATE | TIME | RECEIPT | DEPOSIT OR <WITHDRAW> | BALANCE | AUTHORIZATION |
|------|------|---------|----------------------|---------|---------------|
| 16 Nov 07 | 04:10 | 1639120 | 1.00 | 1.00 | TV/NB |
| 12 Dec 07 | 10:39 | 1410248 | 100.00 | 101.00 | DN/DAVID  (BROTHER) |
| 26 Dec 07 | 06:31 | 2268691 | <25.20> | 75.80 | COMMISSARY |
| 31 Dec 07 | 08:54 | 2181739 | <42.20> | 33.60 | COMMISSARY |
| 08 Jan 08 | 06:56 | 2269547 | <25.50> | 8.10 | COMMISSARY |
| 15 Jan 08 | 06:35 | 2270140 | <7.70> | 0.40 | COMMISSARY |
| 22 Jan 08 | 06:28 | 2270773 | <0.40> | 0.00 | COMMISSARY |
| 26 Jan 08 | 14:42 | 1414782 | 65.00 | 65.00 | BILL F. |
| 30 Jan 08 | 06:11 | 2018396 | <31.50> | 33.50 | COMMISSARY |
| 01 Feb 08 | 06:28 | 2184213 | <32.60> | 0.90 | COMMISSARY |
| 01 Feb 08 | 09:54 | 1415334 | 10.00 | 10.90 | DN/FRIEND |
| 06 Feb 08 | 06:23 | 2184542 | <10.90> | 0.00 | COMMISSARY |
| 12 Feb 08 | 13:31 | 1416494 | 60.00 | 60.00 | DN/MR.YES |
| 14 Feb 08 | 06:55 | 2185197 | <59.80> | 0.20 | COMMISSARY |
| 17 Feb 08 | 14:02 | 1417037 | 20.00 | 20.20 | DN/FRIEND |
| 20 Feb 08 | 06:35 | 2018776 | <5.40> | 14.80 | COMMISSARY |
| 21 Feb 08 | 06:52 | 2185710 | <9.40> | 5.40 | COMMISSARY |
| 26 Feb 08 | 14:38 | 0 | <0.40> | 5.00 | MEDICAL |
| 28 Feb 08 | 07:18 | 2273419 | <5.00> | 0.00 | COMMISSARY |
| 15 Mar 08 | 11:04 | 1419896 | 50.00 | 50.00 | CH/FROM OLIVER |
| 19 Mar 08 | 05:27 | 2274899 | <34.80> | 15.20 | COMMISSARY |
| 20 Mar 08 | 05:58 | 2187816 | <14.60> | 0.60 | COMMISSARY |
| 17 Jun 08 | 13:29 | 1430192 | 100.00 | 100.60 | CH/FROM JOHN |
| 18 Jun 08 | 06:02 | 2021110 | <28.70> | 71.90 | COMMISSARY |
| 18 Jun 08 | 16:27 | 0 | <0.60> | 71.30 | MEDICAL |
| 20 Jun 08 | 05:48 | 2021153 | <54.80> | 16.50 | COMMISSARY |
| 25 Jun 08 | 05:36 | 2195893 | <16.10> | 0.40 | COMMISSARY |
| 03 Jul 08 | 08:06 | 2196703 | <0.40> | 0.00 | COMMISSARY |

Derick Robertson 118122
300 Bradford St
Redwood City Ca. 94063

Legal Mail

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco Ca. 94102

STATE WELFARE
049J82039052

neopost
$01.17⁰
07/18/2008
Mailed From 94063
US POSTAGE