FILED
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8/14/

To whom it may concern,

C-08-3061-CW

Several times I've written and each time you have written back requesting a six month certificate of fund's. You stated I did not file a copy of my six month prisoner trust account statement well. I remember doing so, however I am refiling & submitting again the neccessary paperwork, I.E. a six financial summary of every cash that entered & exit my account the past 6 mos. As given to me by the Maguire correctional facility where I've been housed. I this will satify all requirement to pursue with my request from you. If there's anything else within my power to assist don't heisitate to ask.

Best wishes
Sincerely your's
[signature]

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

00:21:25  14 Aug 2008

ID NUMBER: 118122

INMATE: ROBERTSON, DERICK C

                         DEPOSIT OR
   DATE      TIME  RECEIPT  <WITHDRAW>   BALANCE   AUTHORIZATION
 ---------  -----  -------  ----------  ---------  --------------
 16 Nov 07  04:10  1639120       1.00       1.00   TV/NB
 12 Dec 07  10:39  1410248     100.00     101.00   DN/DAVID    (BROTH
                                                   ER)
 26 Dec 07  06:31  2268691     <25.20>     75.80   COMMISSARY
 31 Dec 07  08:54  2181739     <42.20>     33.60   COMMISSARY
 08 Jan 08  06:56  2269547     <25.50>      8.10   COMMISSARY
 15 Jan 08  06:35  2270140      <7.70>      0.40   COMMISSARY
 22 Jan 08  06:28  2270773      <0.40>      0.00   COMMISSARY
 26 Jan 08  14:42  1414782      65.00      65.00   BILL F.
 30 Jan 08  06:11  2018396     <31.50>     33.50   COMMISSARY
 01 Feb 08  06:28  2184213     <32.60>      0.90   COMMISSARY
 01 Feb 08  09:54  1415334      10.00      10.90   DN/FRIEND
 06 Feb 08  06:23  2184542     <10.90>      0.00   COMMISSARY
 12 Feb 08  13:31  1416494      60.00      60.00   DN/MR.YES
 14 Feb 08  06:55  2185197     <59.80>      0.20   COMMISSARY
 17 Feb 08  14:02  1417037      20.00      20.20   DN/FRIEND
 20 Feb 08  06:35  2018776      <5.40>     14.80   COMMISSARY
 21 Feb 08  06:52  2185710      <9.40>      5.40   COMMISSARY
 26 Feb 08  14:38        0      <0.40>      5.00   MEDICAL
 28 Feb 08  07:18  2273419      <5.00>      0.00   COMMISSARY
 15 Mar 08  11:04  1419896      50.00      50.00   CH/FROM OLIVER
 19 Mar 08  05:27  2274899     <34.80>     15.20   COMMISSARY
 20 Mar 08  05:58  2187816     <14.60>      0.60   COMMISSARY
 17 Jun 08  13:29  1430192     100.00     100.60   CH/FROM JOHN
 18 Jun 08  06:02  2021110     <28.70>     71.90   COMMISSARY
 18 Jun 08  16:27        0      <0.60>     71.30   MEDICAL
 20 Jun 08  05:48  2021153     <54.80>     16.50   COMMISSARY
 25 Jun 08  05:36  2195893     <16.10>      0.40   COMMISSARY
 03 Jul 08  08:06  2196703      <0.40>      0.00   COMMISSARY
```

Derick Roberton #118122
300 Bradford St
Redwood City CA 94063

Office Of The Clerk US District Court
Northern District Of California
1301 Clay, Suite 400S
Oakland CA 94612-5212



neopost
08/18/2008
$00.420
US POSTAGE
Mailed From 94063